IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Khan, Sabiha | Case Number:  05 B 46312 |
| | Judge:  Hollis, Pamela S |
| Printed:  3/25/08 | Filed:  10/7/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  March 24, 2008
Confirmed:  January 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 59,530.54 | |
| Secured: | | 55,324.10 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,072.20 |
| Trustee Fee: | | 3,134.24 |
| Other Funds: | | 0.00 |
| Totals: | 59,530.54 | 59,530.54 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | James M Philbrick | Administrative | 400.00 | 400.00 |
| 2. | Timothy K Liou | Administrative | 672.20 | 672.20 |
| 3. | New Spirit Credit Union | Secured | 0.00 | 0.00 |
| 4. | New Spirit Credit Union | Secured | 0.00 | 0.00 |
| 5. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 6. | Citi Residential Lending | Secured | 47,650.90 | 40,934.24 |
| 7. | General Motors Acceptance Corp | Secured | 30,896.80 | 13,239.21 |
| 8. | Carriage Homes Condo Assoc. | Secured | 1,630.00 | 609.04 |
| 9. | Citi Residential Lending | Secured | 1,449.53 | 541.61 |
| 10. | Resurgent Capital Services | Unsecured | 166.99 | 0.00 |
| 11. | New Spirit Credit Union | Unsecured | 214.23 | 0.00 |
| 12. | Kohl's/Kohl's Dept Stores | Unsecured | 58.06 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 90.18 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 182.76 | 0.00 |
| 15. | World Financial Network Nat'l | Unsecured | 474.66 | 0.00 |
| 16. | Marshall Field & Company | Unsecured | 61.08 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 74.23 | 0.00 |
| 18. | General Motors Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 451.84 | 0.00 |
| 20. | Palisades Collection LLC | Unsecured | 93.05 | 0.00 |
| 21. | Resurgent Capital Services | Unsecured | 323.60 | 0.00 |
| 22. | Northern Leasing System | Unsecured | 247.35 | 0.00 |
| 23. | Artistic Impressions | Unsecured | | No Claim Filed |
| 24. | Cingular Wireless | Unsecured | | No Claim Filed |
| 25. | Palisades Collection LLC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Khan, Sabiha | Case Number: 05 B 46312 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 3/25/08 | Filed: 10/7/05 |

| | | | | |
|---|---|---|---|---|
| 26. | SAKS | Unsecured | | No Claim Filed |
| 27. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 28. | Cavalry Inn Household | Unsecured | | No Claim Filed |
| 29. | Sprint PCS | Unsecured | | No Claim Filed |

$ 85,137.46      $ 56,396.30

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 913.24 |
| 5% | 308.70 |
| 4.8% | 578.70 |
| 5.4% | 1,333.60 |

$ 3,134.24

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____